UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

AUG 2 9 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Airrion Blake-Bey | ) | |
| A Natural Person, In Propria Persona, Sui | ) | |
| Juris (not to be confused with nor | ) | Case No. |
| Substituted with Pro Se); and not a | ) | |
| Statutory Person. | ) | |
| Petitioner, | ) | |
| | ) | **11CV5987** |
| | ) | **JUDGE LEFKOW** |
| Vs. | ) | **MAG. JUDGE BROWN** |
| | ) | |
| VILLAGE OF SOUTH HOLLAND, | ) | |
| POLICEMAN ZELLER, POLICEMAN BARDEN, | ) | |
| POLICEMAN SPECIVICK, POLICEWOMAN | ) | **JURY TRIAL DEMANDED** |
| MITCHELL, CARS TOWING DIVISION | ) | |
| | ) | |
| Respondents/Defendants | ) | |

## JURISDICTION

This action, containing complaints for an injunction and declaratory relief for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to Petitioner by the Constitution / Treaty and laws of these United States Republic. Original Jurisdiction "Ministers Consuls Diplomats" Treaty of Peace and Friendship of 1836 – *8 Stat 484; TS 244-2; 9 Bevans 1286;* Established Law of the Land. Federal Questions *18USC§872, 18USC§880, 18USC§241, 18USC§242, 18USC§247, 42USC§1985(3), 42USC§1983,* Constitution for the United States of America Amendments 1, 4, 5, 8, 9, 10, and Supreme Court Rulings. Declaration of the rights of the child-International Law – 1959; Universal Declaration of Human Rights of 1948 – International Law; The Rights of Indigenious People E/Cn.4/Sub. 2/1994/2/Add. 1(1994) – International Law; United States Executive Order Number: 13107, 63, Federal Register, 68, 991 (1998) – Implementation of Human Rights Treaties. Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

*"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;-- between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."*

1

*In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.*

## VENUE

Original Jurisdiction United States Supreme Court for the Republic of Illinois

## PETITIONER

COMES NOW, Airrion Blake-Bey, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to the *Treaty of Peace and Friendship of 1787 A.D. superseded by the Treaty of Peace and Friendship of 1836 A.D. between Morocco and the United States. United States Statutes At Large First Congress Session III. CH. 16, 17, 1791. Page 214 Statute III March 3, 1790 1791 CH. 15 1790 CH. 29 CHAP. XVL, Department of State 8 Stat. 484, TS 244-2, 9 Bevans 1286* the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the  Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States

Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

Article 21
"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## DEFENDANTS

South Holland, Municipal Corporation foreign to the United States Republic and foreign to the organic Illinois Republic; and all Employees; Agents; Officers; Contractors; Assignees, etc., being Respondents, Defendants, or Parties of Interest in the 'Color-of-Law' processes instituted

by them, or any one of them, against Airrion Blake-Bey, 16226 Wausau Avenue South Holland, IL 60473.

Policeman Zeller badge number 141, agent of South Holland, Municipal Corporation foreign to the United States Republic and foreign to the organic Illinois Republic, 16200 Wausau Avenue South Holland, IL 60473.

Policeman Barden badge number 121, agent of South Holland, Municipal Corporation foreign to the United States Republic and foreign to the organic Illinois Republic, 16200 Wausau Avenue South Holland, IL 60473.

Policeman known right now as Policeman Specivik unknown badge number, agent of South Holland, Municipal Corporation foreign to the United States Republic and foreign to the organic Illinois Republic, 16200 Wausau Avenue South Holland, IL 60473.

Policewoman Mitchell badge number 136, agent of South Holland, Municipal Corporation foreign to the United States Republic and foreign to the organic Illinois Republic, 16200 Wausau Avenue South Holland, IL 60473.

Cars Towing Division, private corporation, foreign to the United States Republic; and foreign to the organic Illinois Republic of 16000 Suntone Drive South Holland, IL 60473, Illinois Secretary of State file number 00159468, registered agent C T Corporation System, 208 S LaSalle Suite 814 Chicago, IL 60604.

## CAUSE OF ACTION

In support of this petition I state for the record:

- On 26 August 2011 around noon, I, Airrion Blake-Bey traveled west on a public highway indentified as 162nd Street, in a private automobile displaying no corporate tags only the flags of the Moorish American State, was closely followed approximately three blocks by a South Holland police vehicle.
- The South Holland police vehicle proceeded to flash emergency lights behind my automobile so I pulled to the side in respect of the police emergency. The police vehicle followed me to the side of the road so I proceeded to stop.
- A South Holland policeman walked to the side of my private automobile and asked for a driver's license.
- I peacefully asked for the policeman's name and badge number, and proceeded to write the information on a piece of paper that was later confiscated without proper return. I peacefully asked Policeman Zeller badge number 141 his probable cause of pulling me over.
- Policeman Zeller stated, that you are driving without a license on the back of your vehicle. I stated that was not probable cause to pull me over and the Supreme Court already held that a license is not needed to travel upon the public highway. (See Exhibit C)

3

- I told Policeman Zeller that I was in my private automobile and had a common law right to travel guaranteed by the Constitution for the United States of America.
- Policeman Zeller stated that according to Illinois law I needed a license to drive a vehicle which I immediately told him that I was not driving a motor vehicle but my private automobile. Drivers operate in commerce and my private automobile did not have commercial tags.
- I recited, *Chicago Motor Coach v Chicago, 169 NE 22*, "Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience."
- Policeman Zeller proceeded to try and check a number in my front window where my Moorish American State flags were posted. He did not retrieve that information because it was covered. He repeatedly asked for a license and I repeatedly told him I did not need one. I told Policeman Zeller he was breaking the law by detaining me and as a officer was deemed to know the law.
- As more South Holland Policemen arrived, they began walking around my automobile in a hostile manner with their hands on their deadly weapons. I immediately felt unsafe as if deadly wolves were preparing for attack.
- Policeman Zeller jokingly laughed with an unidentified policeman telling him this is one of those "Sovereigns".
- I immediately told the policemen I was a Moorish American protected by the Treaty of Peace and Friendship and they did not have jurisdiction. I declared I was not a corporate citizen; they did not have a warrant or probable cause, and was reserving all my rights. I declared I did not agree to being stopped and arrested. I told him I cannot be arrested for exercising a constitutional right. See *Miller v U.S. 230 F2d. 486, 489* "The claim and exercise of a constitutional right cannot be converted into a crime." *Sherar v Cullin 481 F.945* "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. (See Exhibit A & B)
- The policemen became more active which was about 5 to 6 in number around my automobile. One corporate agent/policeman later identified as Policeman Barden badge number 121, violently drew his weapon and put his arm inside my window with a deadly weapon pointed at my chest. Policeman Barden repeatedly yelled for me to get out the car or he would taser me. I kept saying that I did not agree to these actions and this was clearly a threat to my life and personal safety.
- Policeman Zeller then forcefully opened my door and dragged me out of my private conveyance. Policeman Zeller then proceeded to place me in handcuffed chains and began to search my private person. Upon searching my pockets he pulled out my wallet and retrieved an expired State of Illinois driver's license which he showed to his other policemen and laughed. He then proceeded to place me in the back of his South Holland police vehicle with my arms chained tightly behind my back.
- I informed Policeman Zeller and Policeman Barden that I will be suing them in federal court for violating my Constitutional Rights. Policeman Barden arrogantly said that was good because he gets paid to violate my rights.
- Policeman Zeller then went to my conveyance and ripped the covering of a private number off my inside front window while Policeman Barden search a number on the inside of my door. Another unidentified policeman searched my private conveyance and

began reading the case law on paper, I previously read to Policeman Zeller which I carried in my conveyance. Policeman Zeller proceeded to illegal open all my doors and searching thru my private personal items and progenies' personal items for something unknown to me.

- Policeman Zeller and Policeman Barden violently invaded my privacy without identifying the probable cause and my part in their investigation. Policeman Zeller failed to read or recite the Miranda rights and drove me to South Holland's corporate police department and violently tightly chained me to a bench.

- A policeman, wearing a white top I assumed to be a Sergeant's uniform, later to be identified by his name tag as Specivick; told me my bail would be $100 and if I can afford the fee. Policeman Specivick returned minutes later and told me the bail fee will be $200. I told him I was being held against my will and it is under color of law and was going to sue all of them. He told me to knock my socks off.

- Policeman Barden returned later to take me into a room to be photographed and fingerprinted against my will. I told him I did not agree to have my picture or fingerprints taken. Policeman Barden proceeded to tell me to remove my "doorag". (See Exhibit F)

- I professed to Policeman Barden that it was not a "doorag" but my turban and is my religious garb and I was not going to remove it. He stated he did not care and I would have to remove it. I refused and said it is my constitutional right to observe my religion.

- Policeman Barden went to retrieve Policeman Specivick and Policeman Zeller. Specivick told me to remove my turban and I declined. Policeman Specivick proceeded to violently rip off my religious garb which is protected by the 1st Amendment and defiled me with his hands by exposing my temple to the public air.

- Policeman Specivick told me to remove my shoes and shoe strings and I declined. He then proceeded to violently rip off my shoes. Specivick forcefully removed a medallion from around my neck bearing the seal of the Moorish American government and a Moorish American state flag.

- The descendants of Africa my ancestors went thru these similar actions at the hands of United States citizens in the 18th and 19th centuries. They were stripped of their religion, culture, and national heritage. My ancestors were forced into servitude as unnatural brand names of Negro, Black, Colored which corporate agent/policeman Specivick celebrated by doing the same to me in less than ten minutes.

- Policeman Specivick violently forced me to pose for the camera, which I also refused and closed my eyes and stuck out my tongue in protest. Their picture represents the image of a dead Negro, Black, Colored, African American, minority, and slave.

- Policeman Specivick then told me if we like Morocco so much we should go there. I immediately told him this is Morocco (Al Moroc) and he knows that.

- Treaty of Peace and Friendship 1787 between Morocco and the United States. The Emperor of Morocco allowed the United States usage of his dominions for their commerce. *United States Statutes At Large First Congress Session III. CH. 16, 17, 1791. Page 214 Statute III March 3, 1790 1791 CH. 15 1790 CH. 29 CHAP. XVL*

- Policeman Specivick then proceeded to state that he can't wait until the revolution starts so they can kill us all. This was clearly an inflammatory genocidal threat from a corporate agent/policeman of the United States armed with a deadly gun.

- Policeman Barden and Policeman Zeller proceeded to violently and forcefully press my fingers upon a machine to record my prints against my will.
- I was taken to a cell and the doors were slammed shut. Policeman Barden later came in the room and thru the bars started asking me questions. I told him that I was invoking my right to remain silent.
- Policeman Zeller later came to ask if I had the cash of $200 for bail and brought me my personal cell phone to a make a call.
- I proceeded to call my consort to retrieve my person being illegally held and ransomed by agents of South Holland Municipal Corporation.
- I then asked Policeman Zeller the whereabouts of my private automobile and he told me it was towed and being held for over $500. I asked the policeman if they still believed in the Constitution and he did not reply.
- After hours in the dirty cold prison cell a policewoman later to be identified as Policewoman Mitchell badge number 136 opened the cell door and told me to follow her. We proceeded to a room where she told me to sign two documents to be released. One of the documents identified as Exhibit D. I proceeded to sign both documents with the wording 'Under threat, duress, and coercion' and signed Airrion Blake-Bey over the reservation.
- Policewoman Mitchell then went outside the room and brought another unidentified corporate agent/policeman, she would later state was a supervisor. The unidentified corporate agent began to advise me to waive my rights because I did not know what I was doing by signing the documents with such reservation. He stated that my signature as such will prevent the person posting bail from recovering their money. The unidentified corporate agent proceeded to scratch out my signature and ask me to sign again or he will write I refuse to sign. I stated that I already signed and he wrote refused above the scratched portion. (See Exhibit D)
- Policewoman Mitchell then returned my personal belongings minus the paper with the names of the policemen and documents identified as Exhibits C, E, and F. All the documents were in the name of AIRRION S BLAKE 2918 190th St Lansing, IL 60438. I never gave anyone this information which was retrieved from a driver's license that expired in 2010. ( See Exhibit E)
- Currently, my constitutional right to travel and means of taking care of my personal business is being restricted with the holding of my automobile by South Holland and its agents. My right to life, liberty, and the pursuit of happiness has been trespassed against and my family and I have been placed under considerable distress without a means of travel. This places me a natural person, Aboriginal Indigenous Moorish American in an unnatural position and place of a child with no means to care for his family. I am a victim of extortion and piracy.

## LEGAL CLAIM

The Delegates, which comprise the majority of Aboriginal and Indigenous Freeholders, by Birthright, Inheritance, and Primogeniture, and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, did, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of The United

States of America, agreed to certain Articles of Confederation and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia; wherein they did declare that the style of the Confederacy shall be the United States of America.

All parties to the Articles of Confederation of 1778 did also agree that Article IX shall set forth the procedure for resolving a dispute brought before the Congress of the United States by a freely associated compact State of the United States of America.

All parties to the Articles of Confederation of 1778 did also agree that no Congress shall thereafter alter Article IX of the Articles of Confederation unless it has received confirmation to do so by every State in the Union (Article XIII of the Articles of Confederation).
The United States, pursuant to an "Act" of the States sitting in Congress under the Articles of Confederation of 1778, authorized a Constitutional Convention for the purpose of forming a more perfect Union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote general welfare, and to secure the blessings of liberty, did ordain and established a Constitution for the United States. The Constitution for the United States was declared to be a "revision" to the Articles of Confederation of 1778 (REPORT OF PROCEEDINGS IN CONGRESS, Wed., Feb.21, 1787 [Journals of the Continental Congress, vol. 38]).

The Constitution for the United States was established by the People of the United States of America, and not by the States in their sovereign capacity (In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412) and was ratified by the People sitting in Convention of the Original 13 States of the United States of America (United States Constitution, VII: 1:1).

The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, the freely associated compact States of the United States of America, and the United States [e.g. Article 10 of the Bill of Rights to the Constitution of the United States] (In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412).

By the wording of Article VI of the Constitution for the United States; the Congress is required to review its legislation from time to time to determine if the legislation was made pursuant to the provisions of that Constitution.

Airrion Blake is a colorable corporate straw man person, identified as brand names Negro, Black, Colored, African American, minority, etc in violation of the 13th Amendment. This colorable construct was created by the quasi Union State Society governments to purposely deny descendants of Africa rights guaranteed by the United States Republic Constitution. These colorable tactics are meant to deny life, liberty, and the pursuit of happiness. I, Airrion Blake-Bey have declared my Moorish American nationality and sought relief from the responsible party who subjected me to such treatment in federal appeal number 11-1585. (See Exhibit A & B) The armed corporate agents of South Holland proved that in my instance, I had no rights in which they were obligated to respect as one would treat a slave. No matter what nationality I told the policeman, he was determined to deprive me of my liberties.

7

*Mugler v Kansas 123 US 623, 659-60 8, S. CT 273, 31 L.Ed. 205(1887)*, "based upon the individuality and intelligence of the citizen, the state does not claim to control him, except as his conduct to others, leaving one the sole judge as to all that affects oneself."

The armed corporate agents of South Holland arrested me for excising a constitutional secured liberty. Therefore they controlled my life and freedom for approximately five hours causing irreparable psychological and emotional distress. The corporate agents of South Holland are clearly and unlawfully trying to force me to obtain a "valid" driver's and vehicle license in the authority of the agency Department of Motor Vehicles, a private corporation. All Law is contract therefore in order for any claim to be made the contract must be produced. I will not contract again as a slave when the Constitution guarantees my rights as a Natural Indigenous Moor.

Tickets, Suits, Summons, Citations, etc., are all 'Bills of Exchange'. Anyone who is served with these 'implied in law' contracts - Instruments, should be made cognizant of having the 'right' to be served the 'Original' copy of the said Instrument; and their right to sign the Original Instrument, and pay it on the spot. And if the Policeman or Agents denies the recipient the capacity to do so, then the Tickets, Citations, Bills of Exchange are voided, as the process is unlawful in its nature in the first instance.

The Natural Persons being effectively imposed with these Instruments are systematically denied the ability to receive the 'Original' copy of these Instruments, Bills of Exchange, Presentments, and thus the 'proper service' principle of due process is 'Colored'. The recipient is, thus, disabled to 'return' the Original Instruments, Presentments, Bills of Exchange to the issuing 'Drawer', appearing to 'not' have been willing to accept the Original, and thus 'Honor' the 'Bills at the instance of the issuance of it / them. This contrived violation of 'Due Process' of Law ultimately manifests (in Court) with an Administrative / Ministerial Court 'decision' or 'conviction' made or levied against the unsuspecting, so-called, 'Violator'. This act is a supreme violation against Article III of the Constitution, and is void of law - essentially a nullity.

It is reasonable for any Natural Persons or Citizens to assume that the Municipal Court would recognize such 'Improper Service' as being void of law; and that such an improper service, as prescribed and defined under 'The Bills of Exchange Act', constitutes 'Misrepresentation' and 'Negative Misprision'. In order for a 'Bill of Exchange' or 'Presentment', which Tickets, Citations, or Summons all constitute to have and possess lawful validity, the Drawer has to have, and has to possess, the authority and knowledge to create it. Policemen, establishing for themselves, the position of Drawers; and any other persons or Agents who issue such quasi – judicial instruments, are aware of the facts of law, concerning these Instruments' and their violation of due process. Policemen and other Municipal Agents, Drawers have been, and are, continually violating the Natural People and Citizens. They create the conditions that falsely establish that the Natural Persons and Citizens, to whom the Drawer / Policemen or Agents issue such Tickets, Suits, Summons, Citations, and misrepresented Bills of Exchange, go into 'Dishonor' and are, thus, convicted in Court by Default and Dishonor, by way of the 'misrepresented' process. This causes the recipients of such Instruments to appear under threat, duress, and coercion before the non-Article III Municipal Courts, as a 'Drawee' in 'Dishonor'.

The Court Officers are well aware of this 'constructed' faulty process; and are aware that the recipient of such Bills of Exchange - Instruments should be given the 'Original' copy of the Tickets, Suits, Summons, Citations, and Bills of Exchange; in order that the unsuspecting recipient may have the opportunity to Return, or satisfy or Honor the 'payment' Demand of pre-prescribed and adjudged payment to the Drawer / Policeman / Prosecuting Witness/ Accuser, being the creator of, and issuer of, that Bills of Exchange Instrument. Policeman or other Agents who issue such Instruments; and address them to others, are, by legal definition, the 'Drawer'.

The possession of weapons by anti-constitution Officials, Policemen and other corporate Agents; and their practiced enforcement of a Color-of-Law; and the applying of, and the using of, contemptuous methods and the issuing of misrepresented Instruments, to subvert Due Process; and their practiced abrogation of, and their suppression of, 'The Bill of Rights'; and their addressing of other violations made by, or initiated by, the State, or by its franchised Officers, Agents or Agencies, have been, and are used and initiated to rob, to threaten, to intimidate, or to injure the Natural People and Citizens. All of these acts are violations of Established Law. The Supreme Court of these United States, under the command of its 'Republican Form of Government', as Established under the Constitution for the United States, has ruled that such actions, laws and ordinances, on the part of the State, it Officers, and its Agents, are a 'Color-of-Law' and are unconstitutional. These collective 'Colore Officii' acts and laws, initiated under a 'Color-of-Authority' are in violation of Title 18, Chapter 13, Sections 241 and 242 of The United States Codes of Law; and are also in violation of Title 42 of the Codes of Law for The United States of America. Due to their unlawful and tortious acts I use the following legal precedent in support of my claims upon them.

- *Miranda v State of Arizona, 86 S. Ct 1602 at 1636, 384 U.S. 436 at 491 (U.S. Ariz. 1966),* "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."
- *Ruckenbrod v Mullins, 102 Utah 548, 133 P. 2d. 325, 144 ALR 839,* "A state cannot impose restrictions on the acceptance of a license that will deprive the licensee of his constitutional rights."
- *Sherar v Cullon, 481 F.945 (9th Cir.1973); Spevack v Klein, 385 U.S. 511 (1967); Garrity v New Jersey, 385 U.S. 493 (1967); Boyd v US, 116 U.S. 616 (1886); Malloy v Hogan, 378 U.S. 1 (1964),* "There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right."
- *Murdock v Penn, 319 U.S. 105,* "No state shall convert a liberty into a privilege, license it, and attach a fee to it."
- *Bonacci v Massachusetts Bonding Ins. Co, (1943) 58 CA 2d 657, 664,* "A writing is 'void ab initio' in the case of fraud in the inception, and it need not be formally rescinded as a prerequisite to right of avoidance."
- *Newman v Piggie Park Enterprises, 390 US 400; 88 S. Ct 964, 966; 19 L Ed 2d 1263, 1265 (1969); Oatis v Crown Zellerbach Corp, 398 F2d 496, 499 (CA 5, 1968); and Jenkins v United Gas Corp, 400 F2d 28, 33 n 10 (CA 5, 1968),* "When a citizen is attempting to enforce the Constitution, as herein shown, he is doing so "not for himself alone but also [for others] as a 'private attorney general' vindicating a policy that [the Constitution writers] considered of the highest priority."
- *US v Mersky (1960) 361 U.S. 431,* "An administrative regulation, of course, is not a "statute."
- *Kolender v Lawson (461 U.S. 352, 1983),* The United States Supreme Court ruled that a police officer could <u>NOT</u> arrest a citizen merely for refusing to present identification.

9

- *State v Robinson, 145 ME 77, 72 ATL 260,* "An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."
- *State v Mobley, 240 N.C. 476, 83 S.E. 2d 100,* "Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."
- *Jones v State, 26 Tex. App. 1; Beaverts v State, 4 Tex. App. 1 75; Skidmore v State, 43 Tex. 93, 903,* "These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."
- *Owen v Independence, 100 S.Ct. 1398, 445 US 622,* "Officers of the court have no immunity, when violating a Constitutional right from liability. For they are deemed to know the law!'
- *Shuttlesworth v Birmingham, 373 US 262,* "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."
- *Marbury v Madison, 5 US 137,* "The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."
- *Christy v Elliot, 216 I 131, 74 HE 1035, LRA NS 1905-1910; California v Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971),* "Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" to the public and the owner owed no other duty to the public, he/she and his/her auto, having equal rights to and on the roadways/highways as horses and wagons, etc; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and this, are not arrestable offenses."
- *State v Armstead, 60 s. 778, 779, and 781,* "The rights to travel, the right to mode of conveyance, the right to locomotion are all absolute rights, and the Police cannot make void the exercise of rights."
- *Kent v Dulles, 357 US 116, 125,* "The right to park or travel is part of the liberty of which the natural person, citizen cannot be deprived without "due process of law" under the Fifth Amendment of the United States Constitution."
- *Stone v Powell, 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067,* "State court, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law."
- *New York v Eno, 155 US 89, 15 S. Ct. 30, 39 L.Ed 80,* "The obligation of state courts to give full effect to federal law is the same as that of federal courts."
- *Social Security Board v Nierotko 327 US 358, 66 S.Ct. 637, 162 ALR 1445, 90 L.Ed. 719,* "An Administrative agency may not finally decide the limits of its statutory powers; this is a judicial function."

Airrion Blake-Bey, a natural indigenous Moorish American, was unlawfully arrested by agents of South Holland, a municipal corporation, on 26 August 2011. The corporate agents illegally used the brand name of AIRRION BLAKE upon their paperwork for the purpose of extortion, to justify the heinous treatment of a natural flesh and blood aboriginal indigenous Moor. (See Exhibit A, C, E, F)

Therefore, South Holland, Policeman Zeller, Policeman Barden, Policeman Specivick, Policeman Mitchell, and Car Towing Division have all taken part in tortious conduct under color of law resulting in violations against, the Treaty of Peace and Friendship of 1836, 8 Stat 484; TS 244-2; 9 Bevans 1286; Article VI of the United States Republic Constitution; Declaration of the rights of the child- International Law – 1959; Universal Declaration of Human Rights of 1948-

International Law; The Rights of Indigenous People E/Cn.4/Sub.2/1994/2/Add. 1(1994) –
International Law; United States Executive Order Number: 13107, 63, Federal Register, 68, 991
(1998) – Implementation of Human Rights Treaties. My 1st Amendment rights were trespassed
against with the forceful removal of my religious garb in accordance with my beliefs and
customs. My 4th Amendment rights were trespassed against with the armed robbery and theft of
my private automobile after an illegal search and seizure without a warrant or probable cause.
My 5th Amendment rights to life, liberty, and pursuit of happiness have been trespassed against
with the illegal assault and battery arrest and imprisonment without due process of law. South
Holland and Car Towing Division continues to be in possession of stolen private property for
ransom. (See Exhibit D, E, F, G) My 8th Amendment rights were trespassed against with the
threats of physical harm and possible death then imprisoned stripped of Moorish National state
government seal, and religious garbs for exercising Constitutional secured liberties. My 9th and
10th Amendment rights were trespassed against with the assault and battery arrest and charged
under the colorable brand name of a Negro, Black, Colored, African American, and minority
after I told the corporate agent my Moorish Nationality. I have the unalienable right to be a free
Moorish American, see Dred Scott v John F.A. Sanford 60 US 393, and the 13th Amendment
with 20 sections. These corporate agents are also in violation of the following United States
statutes; 18USC§872, 18USC§880, 18USC§241, 18USC§242, 18USC§247, 42USC§1985(3),
and actionable under 42USC§1983.

South Holland and its armed corporate agents negligently and intentionally used assault and
battery to cause injury to a Natural Indigenous Moorish American and intentionally inflicted
emotional distress. The armed corporate agents of South Holland failed to show a Moorish
American a duty of care by abiding with the Constitution for the United States of America and
Supreme Court rulings regarding common law rights to travel, therefore they have no immunity
against liability. South Holland had a duty to properly train its policemen who were in breach of
their duty to uphold the Constitution acting as agents of the United States. As policemen and
agents of South Holland and the United States they are bound by oath to uphold the Constitution.
These policemen of a municipal corporation directly caused the injury to Airrion Blake-Bey with
the unlawful arrest and threats to cause physical bodily harm and/or possible death. But not for;
the stopping of Airrion Blake-Bey's private vehicle traveling on a public highway, there would
not have been an opportunity to trespass upon my constitutional liberties. But not for; the assault
and battery of Airrion Blake-Bey, there would not have been the intentional infliction of
emotional distress and irreparable psychological harm by forcefully stealing my freedom with
imprisonment.

Based on the listed claims and lawful case precedents, I make the following charges against
South Holland and its agents accordingly;

- Violating the Treaty of Peace and Friendship        $2,000,000
- Violating religious freedom        $2,000,000
- Loss of Liberties, Freedom, and Privacy being held prisoner and forcefully stripped of religious
  garb, Moorish National State governmental seal, a Moorish state flag from person, and forcefully
  photographing and fingerprinting a Moor as a colorable corporate person. $300,000 per hour for
  approximately 5hr        $1,500,000
- Violating common law right to travel        $1,000,000

11

- Violating right from illegal search and seizure — $1,000,000
- Threat of physical harm and possible death — $1,000,000
- Theft and possession of Moorish private property — $500,000
- Trespass upon constitutional protected liberties — $400,000
- Armed Robbery of Moorish American property — $250,000
- Extortion in the demanded amount of $2,892.38 — $250,000
  - Driver License Fee approx — $50
  - Vehicle Registration & Sticker approx — $300
  - Tow Release Fee — $15
  - Impoundment Bond — $527.38
  - Prisoner Release Bond — $2,000
- Violating duty resulting in injury — $100,000

## RELIEF

The Enforcement of the following: Treaty of Peace and Friendship of 1836 – *8 Stat 484; TS 244-2; 9 Bevans 1286* Supreme Law of the Land found Article VI of the United States Constitution Republic. Article III of the Constitution for the United States of America.

- I, Airrion Blake-Bey, demand Due Process as protected by the 4th and 5th Amendments of the Constitution for the United States of America (Republic).
- I, Airrion Blake-Bey, demand this United States Federal Court stop these abuses of the colorable authority by the Defendant as it pertains to this Petitioner, with the immediate return of all private property illegally confiscated, including but not limited to photos and fingerprints.
- I, Airrion Blake-Bey, demand injunctive relief preventing the trespass against or upon all my Moorish American private automobiles and conveyances.
- I, Airrion Blake-Bey, demand if any criminal charges be found, let them be placed upon the Defendants.
- I, Airrion Blake-Bey, demand this United States Federal court view this Petitioner, in my Proper Person, as a Moorish American National, Natural Born Citizen of the Land, and not as a brand name; NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.
- I, Airrion Blake-Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any unalienable rights secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner, a Moorish American and carry out their Judicial Duty in 'Good Faith' by ordering Defendants to be brought before the Law to answer for their criminal and unjust actions.
- All unconstitutional 'Order' or 'Action' associated with it / them, to be ordered dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

- All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land, Constitution, and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. Corporate agents are to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.
- Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.
- Respondent, Village of South Holland, is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in its official capacity payable in lawful money.
- Respondent, Policeman Zeller badge number 141, is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in his official and private capacity payable in lawful money.
- Respondent, Policeman Barden badge number 121, is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in his official and private capacity payable in lawful money.
- Respondent, Policeman Specivick unknown badge number as superior officer on duty, is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in his official and private capacity payable in lawful money.
- Respondent, Policewoman Mitchell badge number 136 for her part in extortion, is being sued for $250,000 for compensatory damages and $250,000 for punitive damages in her official capacity payable in lawful money.
- Respondent, Cars Towing Division for its participation in Armed Robbery, Theft and possession of Moorish property, and extortion, is being sued for $1,000,000 for compensatory damages and $1,000,000 for punitive damages in its private capacity payable in lawful money.

**TRIAL BY JURY OF MY OWN PEERS IS DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 29th day of August 2011, MC=1432

I Am: 
Airrion Blake-Bey, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-308; U.C.C. 1-103
Shykaakwa Territory
[c/o 430 E 162nd St box #486]
[South Holland, Illinois Republic [Zip Exempt]]
Northwest Amexem
Non-Domestic
888-275-0277 ext. 1

13

*EXHIBIT A*



# RECORD OF ABORIGINALITY



| Attribute: | Noble Airrion Blake-Bey |
|---|---|
| Tribal Lineage(s) | Moabite |
| Descent: | Moab, Kush |
| Nationality: | Moorish American |
| Complexion: | Chestnut Olive |
| Eyes: | Brown |
| Hair: | Noir |
| Ethnicity | Indigenous Non-Immigrant |
| Status | Aboriginal Truth A-1 Freehold by Inheritance AA222141 |

I, Noble Airrion Blake-Bey ex rel AIRRION BLAKE having the lawful & legal status as a member of the Moorish American Aboriginal Nation, I am a Free Natural Muur. **The Red Head covering is worn in Honor of the ancient cultural practices of the descendants of the Ancient Moabite Nation.** I recognize & respect the Supreme Law of the Land, to which I am bound to by Nature & heritage; pursuant to Article 6 of the Constitution of the United States of America (Treaties are the Supreme Law of the Land. I honor my ancient foremothers and forefathers and obey all of the laws that pertain to my Aboriginal status. I am not relinquishing any of my Aboriginal or Indigenous rights or rights reserved in any Treaty agreements. Including but not limited to my natural human rights to travel, and right to freedom and liberty as an American Sovereign Moor. Let it be remembered always and let it be known! I stand firmly on 5 principles of love, truth, peace, freedom & justice. I am not a ward ship, corporate citizen, fictitious entity, artificial person, 14th amendment person, or surety. I am not governed under naturalization or immigration. I am not subject to any statutory/colorable law jurisdiction. I am not the subject of any corporate entity. I am a Certified Minister of my Aboriginal Indigenous Philosophy-Science Cultural & Spiritual Ancient Practices. I am a Sovereign Organ of The Moorish American Nation. The United States was recognized by the Moorish State with the seal of my Fore Father, the Emperor of Morocco on June 23, 1786 (25 Shaban, A. H. 1200), lawfully known as the Treaty of Peace and Friendship of 1787 A.D. superseded by the Treaty of Peace and Friendship of 1836 A.D. between Morocco and the United States. United States Statutes At Large First Congress Session III. CH. 16, 17, 1791. Page 214 Statute III March 3, 1790 1791 CH. 15 1790 CH. 29 CHAP. XVL, 8 Stat. 484, TS 244-2, 9 Bevans 1286. The incorporation of the Moorish American status was incorporated by international law treaty(ies) & in conjunction with national law treaty(ies) under the auspices of the Continental Congress – American(a) Republic, which issued (4) four Constitutions, the, *"ARTICLES OF CONFEDERATION." "u.s. CONSTITUTION (in particularly ARTICLE 6)." "BILL OF RIGHTS (first 10 amendments), and "DECLARATION OF INDEPENDENCE."*, & through the Moorish National Divine Movement founded by Noble Drew Ali August 1st 1928 form 1099 SS. No. 10105905, Book 521, Page 579. UNITED NATIONS INDIGENOUS PEOPLE'S PROJECT NO. Via: 2421-215/93.

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, AIRRION S BLAKE, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally

ALL RIGHTS RESERVED

1

Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor.

Let it be Declared, Known, Published, and Resolved that: I Am: Noble Airrion Blake-Bey 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. **FREE MOORISH-AMERICAN ZODIAC CONSTITUTION**:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. **UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE**:
   Moorish American Credentials: AA 222141- TRUTH A-1

3. **UNITED STATES SUPREME COURT: SUPREME LAW** - Acts of State

4. **UNITED STATES CONSTITUTION**: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. **RESOLUTION NUMBER SEVENTY-FIVE** (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. **UNIVERSAL DECLARATION OF HUMAN RIGHTS** – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. **RIGHTS OF INDIGENOUS PEOPLES** – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

Wherefore, I, Noble Airrion Blake-Bey, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Anita Blake - Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Teresa Hunt - El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

ALL RIGHTS RESERVED

2

**THE MOORISH NATIONAL REPUBLIC**
**MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

# International Proclamation
## Affidavit of Status – Aboriginal Indigenous
### Moorish Empire
Ancient Moorish Laws of Merchant / Commerce codified by the Corporate UNITED STATES OF AMERICA under the UNIFORMED COMMERCIAL CODES
http://www.moorishnationpublicrecords.com/the-moorish-national-republic.html



August 4, 2011

UNITED STATES OF AMERICA
Honorable President Barack Obama
1600 Pennsylvania Avenue
Washington, District of Columbia
[20500] United States Republic

Greetings from the Moorish Nation,
The Aboriginal Natural People of the Land:

This 'International Proclamation' is made on behalf of all the Aboriginal Moors / Muurs dwelling on the inherited terrestrial Lands of our Fore-Mothers and Fore-Fathers -being Northwest Amexem / Northwest Africa / North America / 'The North Gate', also referred to as the 'Continental United States North America'. This Affidavit is made as a Public Notice to the President of the United States of North America and to the honorable nations of the earth; and stands to acknowledge all the enlightened Moors who have regained consciousness of their consanguinity – noting an awareness of the miscreant misclassifications and misnomers socialized as the Colonial - orientation 'brands' such as, Negro, Colored, Black, African – American, Ethiopians, Puerto Rican, and Jamaican, etc, etc.

Be it affirmed that the geographical Continent known today and referred to as North America, inclusive of the area politically associated as the United States of America, is in fact Northwest Amexem. Ancient Amexem includes and consists of the territories, North America, South America, Central America, and the Atlantis Islands, referred to as the Caribbean Islands. The Aboriginal, Natural People of these lands are of Moabite / Moorish descent – being who their Fore-Mothers and Fore-Fathers were, and are, without doubt or contradiction. Moors are the 'Heirs Apparent' to the Lands and Territories forenamed; and are the rightful benefactors to the resources and hereditaments, corporeal and incorporeal.

The primogeniture Fore-Mothers and Fore-Fathers of Northwest Amexem (*Moors*) are the Natural People of the Land who permitted the Albion / Engla-men, referred to today as, Europeans / Colonists to establish moral government, guided by an ethically – adopted constitution. The Europeans were conditionally allowed to come to our inherited Land; and secured for them to live in peace from their oppressors in Europe. This Allodial – oriented thinking and consciousness is clearly outlined in the "*Declaration of Independence*", a nature's law document, expressing the precepts upon which the European Colony persons declared their independence. Let me make it clear, that these Albions are, in fact, not originally Europeans, as Europe is the Continent of the ancient Moabite Queen, Europa, who permitted the Albinos to live on the land known as the Isle of Albion or Engla-land. However, and for making political distinctions, Albions are referred to as, Europeans.

The *amity* and *commerce* 'Peace Treaty' agreement was initially instituted between our Fore-Father, King George and our Fore-Father, the Sultan of Morocco, Mohammed Ibn Abdullah in the year 1199, corresponding to 1786 A.D. and ratified under the Arthur St Clair administration in the year 1787 A.D., corresponding to 1200. King George has been misrepresented by European colonizers and re-constructors of history, and given the specious appearance of a pale-face complexion. This type and formula of misrepresented history was done by consistent and deceptive efforts to write themselves into various vital or authoritative aspects of world history – some in which they actually played no factual or primal part.

European colonial misinformation strategies and distortions were set in place and perpetrated for the supports of forced servitude, arbitrary, and peonage - profiteering. As an example, national identity is a primal issue associated with sociological and '*estate*' matters and controversies, invoking by their nature, (*diversity or consular*) jurisdiction affirmations. Establishing proofs for the record are thus needed and necessary for clarifying the true '*status*' of the natural people of the Land. Nationality (*without qualifications*) has been referred to by the monopolizing European Colonists as their 14th Amendment conditions for Citizenship. This artificial, statutory construct was devised by colorable intent in order to confuse the Natural People. However on this (*North American*) Continent, Nationality, which equates to (*Citizenship*) can only be determined by *Jus Sanguinis*, as this North American continent is under the jurisdiction of binding International Treaty Law.

1

Jus Sanguinis is derived from Moorish Latin and means, *'right of blood'*. It stands as a rule in jurisprudence that a child's citizenship is determined by its parents' citizenship.

> Jus Sanguinis – Citizenship is not determined by one's place of birth, but by having a parent(s) *(by blood)* who are citizens of the nation. *Jus Sanguinis* rights are mandated by international treaty, with citizenship definitions imposed by the international community.

There have been several occasions where many European colonizers / immigrants residing on the American continents have professed ignorance about who the Moors are, what the Moorish Empire is, and where it is geographically located. Others feign an absolute ignorance of the undeniable and vital parts and influences that the Emperor of Morocco and the Moors played in their very existence as an entity nation on this 'North Gate' continent. As for their sources of higher learning, review and study *'The Renaissance'* initiated by the Moors for the Albions' extraction and rebirth out of the 'Dark Ages' and brought into the marvelous light of the modern era of sciences, literature, architecture, medicine, and advanced civilization, etc.

I will state *'for the record'* noting some of the human rights violations that have been wrongfully put upon the Moors who have suffered under the brands, Negro, Colored, Black, and African-American, etc. These birth-rights – stealing *'Brands'* *(under Barrister processes)* imply and denote one or those who are considered *'Dead in the eyes of the Law'*; absent of all civil liberties; void of civil rights; and are categorized as *'artificial persons'* under the 14th Amendment and its associated legislation.

Therefore, such *'Branded'* persons are regulated and administered by statutes as *'corporate wards'*, *real estate*, and as *inanimate objects*; implying that all of their *inheritances* have been *abandoned*. This legal trickery was done in order to establish the conditions for the foreign corporate States and their agencies to *'Escheat'* the Rights, the Properties, the Wealth, and the Hereditaments of Aboriginal, Natural Peoples. These misclassified and *(branded)* Moors are, without a doubt, intentionally mis-educated and misinformed. This State – sponsored foul socialization - engineering was done by colonizing Europeans in order to suppress history and truth; and was institutionalized to cause the unconscious Moors to remain ignorant and passive about who they are by blood, by nationality, and by birthrights.

I speak out against such artfully - constructed frauds and make this known to all European colonizers / immigrants or occupiers who have said or who have propagated this feigned lack of knowledge of these historical facts. I also rebut and rebuke those who have continued to imply and teach distorted and re-constructed history, deemed to stifle, degenerate and pervert the progress of unconscious Moors and their descendants of today.

The transplanted Europeans' Feudal - Law practices and their *de facto* posturing of feigning ignorance of the Law is no excuse! Law *(Jurisprudence)* consists of Language, History, and Culture.

I say to all the monopoly – oriented Europeans, presently controlling the United States government, that documented evidence, placed in your own *'Congressional Records'* reaffirms the identities of the parties involved, and unequivocally projects the relationships between yourselves and the sovereign Moors. The Congressional Records present, with ineradicable clarity, testimony to the Moors' indispensable roles in the foundation activities of this said Republican form of government; founded upon high principles, respect for private property, and girded with statesmanship. And you are hereby commanded to call us Moors, and to refer to us by our rightful names and titles. Those rightful and inherited titles are El, Bey, Dey, Al, and Ali.

To further prove pretense and disingenuousness on the part of many European politicians and their agency representatives, see American State Papers - Senate 8th Congress, 1st Session No. 184 & 185 page 591 – 593. The evidence shows where Thomas Jefferson, William Bainbridge and James Simpson discuss and record communications with the "Emperor of Morocco". The Moors, who are nationals of the Moroccan Empire, are also discussed, along with the Treaty of 1786 = 1199 in which the Emperor of Morocco assures Thomas Jefferson has been accepted; and that the European Colonists will be protected.

Let us also bring into account a revealing letter issued from the hand of *President George Washington* to *Mohammed Ibn Abdullah*, Sultan of Morocco, and dated December 1, 1789. The letter was signed and sent in the City of New York, which is and will always be the *'Seat'* of the Moorish Empire.

There has been and is much confusion regarding what the United States of America is founded upon. The true Fore-Mothers and Fore-Fathers of this North Gate continent are Moors! The Established Law of the Land was absolutely NOT founded on any Christian religion. That truth was affirmed in The Treaty of Peace and Friendship between the United States and the Bey and subjects of Tripoli of Barbary signed 1797 – Article 11:

> – *"As the Government of the United States of America is not, in any sense, founded on the Christian religion; as it has in itself no character of enmity against the laws, religion, or tranquility, of Mussulmen; and, as the said States never entered into any war, or act of hostility against any Mahometan nation, it is declared by the parties, that no pretext arising from religious opinions, shall ever produce an interruption of the harmony existing between the two countries."*

Now that I have re-affirmed our *'In Full Life'* presence, I further state for the record that *'The Treaty of Peace and Friendship'* is the longest standing treaty unbroken by any Moor and remains in existence today, having been re-sealed every fifty (50) years. The last 'sealing' of the Treaty was in the year 1987 A.D. I affirm a Peace and Friendship with all People who chose to live in "Peace and Friendship" on this continent, and who support the enforcement of the Constitution for the United States Republic of North America.

2

Let it be known to the CORPORATE UNITED STATES OF AMERICA, its many enclaves / corporate territories doing business as the STATE OF <> and / or as the COMMONWEATH OF <>, its many registered CORPORATIONS, and its agents / officers, et alia., the following:

We Moors of Northwest Amexem have never been citizens of the United States of America nor can we ever be citizens of that foreign entity, as we are Moors of the Moorish Empire under the political classification today - Moorish American Nationals. As affirmed in the Original Thirteenth (XIII) Article of Amendment, we Moors can never be citizens (*members of any of the European Colonies*). Original XIII Amendment, Section XII of the United States Republic Constitution states:

> **Section 12:** *"The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendents of Africans shall not be citizens."*

The same social and political position, excluding descendants of Africans from United States citizenship, has been perpetually held firm by the occupying Europeans on our Land, North America. Their contentious position was also reaffirmed and confirmed by the Supreme Court ruling in the citizenship and '*status*' based 'Dred Scott Case' of 1857 A.D. The Supreme Court ruling essentially stated the following:

> *'In the month of March of the year 1857 A.D., the Supreme Court of the United States, led by Chief Justice Roger B. Taney declared that all blacks - - slaves as well as free – were not and could never be citizens of the United States. Thus the descendants of Africans shall not be citizens'.*

A reaffirmation of that political truth expressed in the Original Article of Amendment 13 with its 20 Sections, and compounded by the Dred Scott Case, denies United States citizenship to all descendants of Africans. The Europeans coined the brands, negro, black, and colored, etc., to steal the birthrights of the Moors (*who are the Aboriginal and Indigenous natural peoples of the Land*).

The fact still remains true that the Moors never participated in any free elections by free will or by elected representatives from their own national peers. There is no record in history that shows that Moors (*branded as blacks*) ever agreed to be United States citizens. There is no public record that ever displayed any evidence of any '*Naturalization Process or Ceremonies*' wherein Moors (*branded as blacks*) have ever agreed to the corporate 14th Amendment citizens of the occupying European colonists. This fact dispels any implied agreement by Moors (*branded as blacks*) to participate as *artificial persons / corporate entity citizens* under the plausible 14th Amendment.

Any untoward actions or claims initiated by United States corporate persons or government agencies, proposing to misclassify Moors or to impose any *de facto* claims of jurisdiction, are herein rebutted forever. The misrepresenting persons of the CORPORATE UNITED STATES OF AMERICA, et alia, never had any legitimate, valid, or lawful claims of jurisdiction over the Moors of the Land. Any acts or claims made by any representative(s) for the United States, or any claims made by any of the representatives for the several States or by their agencies, to the contrary, constitutes 'Human Trafficking', Piracy, and acts of Misprision and Treason. Peonage has been their function and colors their purposes of operations.

The same and other violations, initiated against the Moors, such as *taxation without representation*, etc., are violations made against the Treaty of Peace and Friendship; are violations made against the United States Republic Constitution; and are violations made against International Laws. These laws were established to protect Aboriginal and Indigenous natural peoples against colonial government - sponsored Slavery and Genocide, etc. The Officers of the three branches of government, and the Representatives of the United States, and of the several States, are bound by Oath, by Affirmation, and by Law, to support the Laws of nations against genocide, etc.; any laws or constitution of any State to the contrary notwithstanding.

I hereby declare to all our brothers and sisters of the Nations of the Earth, that the Moors of Northwest Amexem are awake; are mentally competent to inherit our Estate; and are, with focus, making sincere efforts (*against all colonial odds and oppositions*) to take our place amongst the '*Affairs of Men*'.

As Moorish – Americans, the Heirs and Stewards of the Land, our first order of business is to '*restore*' the '*Balance of Nature*' on this Continent. I sincerely appeal to your humanity, and ask your help (*Moors and true seekers of Justice*) in bringing all violating People (*foreign to this Continent*) to justice; and have them account for their Treasonous, Genocidal treatments made and initiated against the Aboriginal Moors of Northwest Amexem.

I affirm for the record that Moors have never been, nor can they ever be U.S. corporate citizens, regardless of any misguided claims or misgivings presented or made by any deceiving persons. That same declarative affirmation is made to counter any falsely implied agreements made or assumed by any social or political considerations or '*colored*' legislation. This supreme truth stands whether or not the aboriginal Moors were then, or are now conscious of their true nationality and birthrights or not!

Moors could never be citizens / members of the European Colonies / Guilds, whether the Europeans were Inquisition Colonists or whether they were among those authorized to exist and do business on this continent by our Fore-Father, the Emperor of Morocco. This truth of the Moors' primogeniture and hereditary birthright '*status*' has been reaffirmed by Moorish / African history, by World History, and verified on countless

3

occasions by the European colonists and by their descendants in their relentless efforts to hide ancient history and to distort truth.

Therefore, and in accord with Nature's Law, by Birthrights, by Title, by Heirship, and in harmony with International Law, we, the Moorish – American Aboriginals of the Land (Northwest Amexem / Northwest Africa / North America / 'The North Gate') exercise and affirm our Substantive Rights to Self – Determination; and seek to determine our own rightful political status; Commanding our rights to freely pursue our own economic, social, and cultural development; inclusive of our distinct cultural life of the State; and make public Notice of our Freehold Claim to all of our Estate and Properties; Trusted only to the Moorish Nation of Northwest Amexem; and absent of European – Colonial oppression, mis-administration, and a rebut of any assumed 'power of attorney' or taxation without representation, etc.

**This International Proclamation and Affidavit of Status is a Declaration of National Standing, and a Published Reclamation of Estate at Law.**

Notice to the Agent is Notice to Principle – Notice to the Principle is Notice to the Agent

### AFFIDAVIT

Affiant, All Moorish American Nationals Aboriginal Indigenous Divine Beings - manifested in human flesh, do Declare by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of our Fore-Mothers and our Fore-Fathers that the above Proclamation and Affidavit is true and correct to the best of our knowledge and honorable intent.

This Affidavit is dated the twenty-second Day the Fifth Month in the Year of My Lord Allah Fourteen Hundred Thirty One. (C.C.Y. 2011-July, 22)

Dominus Nobilis El-Bey, Authorized Representative
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Quinnehtukqut Territory
Northwest Amexem

Witness and Affirmer: Taj
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Shechabee / Manhattan Territory
Northwest Amexem

cc: United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo
The Hague, The Netherlands

International Justice Court
The Hague, The Netherlands

Great Seal National Association of
Moorish Affairs (G.S.N.A.M.A.)
Minister: Anaid El

Great Seal National Association of
Moorish Affairs (G.S.N.A.M.A.)
Minister: Taj Tarik Bey

United States Justice Department
United States Attorney General
Eric H. Holder

UNITED STATES SECRETARY OF STATE
Hillary Rodman Clinton

Moroccan American Asso. of NC
200 Pomona Dr UNIT F
Greensboro, NC 27407
MR. Choudani
MR. Arif

Embassy of Morocco
His Excellency Mohamed Benaissa ;
Mrs.Laila H. Benaissa
Ambassador E. and P.

Moroccan Consulate in New York, United States
Consulate of Morocco

Organization of American States (O.A.S.)
Ricardo Mario Dominguez

Embassy of Bolivarian Republic of Venezuela
Minister Counselor
Luis H. Bouley G.
Lorenzo D. Díaz

Embassy of Cuba
Consulate General of Cuba

Peoples Republic of China Embassy
Consulate General of Peoples Republic of China

Embassy of South Africa
Consulate General of South Africa

Inter-American Commission on Human Rights
Felipe Gonzalez

U.S. DEPARTMENT OF HOMELAND SECURITY
Secretary Janet Napolitano

Moors: The Aboriginal and Indigenous Natural Peoples of Northwest Amexem / Northwest Africa / North America / 'The North Gate'.

4

File#7008 0150 0003 1912 6083

*EXHIBIT C*

| South Holland Police | | | |
|---|---|---|---|
| 6-290 | IL0167A00 | Sept 23, 2011 @ 1pm | 16501 S. Kedzie Ave |
| (Court Branch # or District #) | (Arresting Agency #) | (Court Date/Time) | Markham, IL 60426 Room 201 |

**MISDEMEANOR COMPLAINT**   (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)        (Rev. 2/11/04)CCCR-0655

Class A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                         Plaintiff

     -v-

         **Airrion S Blake**

                         Defendant

## South Holland Police

NO. _____

South Holland Case #S11-17088

          **Ofc. Zeller # 141**
      (Complainants Name Printed or Typed)        complainant, now appears before

The Circuit Court of Cook County and states the following:

That: _____**Airrion S Blake**_____ of _**2918 190th ST Lansing, Il 60438**_ has, on or about
         (defendant)                (address)

**8/26/2011** ___ at the location of _**16200 block of Evans Ave. South Holland, Cook County, Il. 60473**_
  (date)

committed the offense(s) of       **Resisting a Peace Officer**      in that he
**knowingly obstructed the performance of Officer Zeller # 141 of an authorized act within his official capacity, being the arrest of Airrion S. Blake, knowing Officer Zeller to be a peace officer engaged in the execution of his official duties, in that he refused to furnish his name, date of birth or an ID card during a traffic stop stating he was just travelling upon the land and did not need to provide Officer Zeller with a drivers license or any information.**

in violation of    **720**    Illinois Compiled Statutes    **5**  /  **31-1**
        (Chapter)                          (Act)     (SubSection)

**AOIC Code**

| 1 | 3 | 3 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|

                            (Complainants Signature)
                    **16220 Wausau South Holland, Il 60473**
                            (Complainants Address)
                         **(708)331-3131**

**STATE OF ILLINOIS** } ss:
**COOK COUNTY**

                            (Complainants Telephone)
                           **Ofc. Zeller # 141**
                     (Complainants Name Printed or Typed)

The Complainant, being duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

                            (Complainants Signature)

Subscribed and sworn before me on this   **26th**   day of  **Aug**
                                  **13 20**
_Ofc Mitchell_
 (Judge's/Clerk's/Law Enforcement Officer's Signature)       (Law Enforcement Officer's Badge Number)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED**
    or         Judge _____              Judge's No.
**WARRANT ISSUED**   Bail set at:   **$1000.00 (10%)**
    or
**BAIL SET AT:**            Judge _____              Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## DEFENDANT COPY

EXHIBIT D

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

D 8602681

CASH DEPOSIT BAIL BOND: CRIMINAL OR QUASI-CRIMINAL (10% OF BAIL, $25.00 MINIMUM DEPOSIT)

| ORIGIN OF BOND | ☐ Bail set by Rule of the Illinois Supreme Court OR |
|---|---|
| USING AGENCY NO. 6-290 | By _____ |
| | (PRINT NAME OF JUDGE) (JUDGE'S NO.) (OFFICE USE) |

**BAIL AMOUNT**
$ 2,000 00/XX  —  Two Thousand Dollars 00/100

**DEPOSIT AMOUNT**
$ 200 00/XX  —  Two Hundred Dollars 00/100

**STATEMENT OF DEFENDANT:** I understand and accept the terms and conditions set forth below and on the reverse side of this bail bond. I understand in all cases, 10 % of any amount posted as bail is retained by the Clerk of Court, by law. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

**DEFENDANT** (Person Preparing Bond - Always complete this section)

Full Name (PRINT): Blake, Arrion S.
(Last) (First) (MI)

Address (PRINT): 2918 190th St.  Apt. No. _____

City and State (PRINT): Lansing, IL  Zip Code: 60438

**ASSIGNMENT OF BAIL BOND BY THE DEFENDANT:** I hereby authorize the return of the money posted above to the person shown on this bond as having provided money for my bail after all conditions of this bail bond have been met, or as ordered by the court.

Defendant's Signature ~~REFUSED~~

| COURT COMPLAINT OR INDICTMENT NUMBER(S) | | CHARGE | DISPOSITION |
|---|---|---|---|
| 4-9 YT-511 | YT-4609-513 | obstructing | 3-707 |
| YT-4609-512 | 720 5/31-1 | (A-101) | 3-401 |

DISPOSITION entered by (Signature of Deputy Clerk) _____  Br. or Sub. CT _____  Court Date ___/___/___ Month Day Year

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County, Illinois located at:

Address (Number and Street) 16501 Kedzie  City/Town/Village Markham , Illinois.

Branch No. 6-290 in Room No. 201 on Sept 23, 2011 at 1:00 ☐ a.m. ☐ p.m.

**CONDITIONS OF BOND:** The defendant is hereby released on the conditions as indicated below:

☒ Appear to answer the charge in court until discharge or final order of court.

☒ Obey all court orders and process; not leave this State without permission of court and report changes of address to the Clerk within 24 hours.

☒ Not commit any criminal offenses while awaiting final order in this case.

☒ If on appeal, prosecute the appeal, and surrender to custody if the judgment is affirmed or a new trial is ordered.

☐ Surrender (725 ILCS 5/110-10(a)(5)) OR not possess any firearms or dangerous weapons until final order in this case.

☐ Not contact or communicate with any complaining witnesses or members of their immediate families or: _____

☐ Not go to the area or premises of victims/complaining witnesses home, work, school or: _____

☐ Not to indulge in intoxicating liquors, illegal drugs or certain drugs, to-wit: _____

☐ Undergo alcoholism or drug addiction treatment as ordered by the court.

☐ Undergo medical or psychiatric treatment as ordered by the court.

☐ If you are charged with a criminal offense and the victim is a family or household member, you are ordered to refrain from all contact or communication with: _____

for a minimum of 72 hours following release, and further ordered to refrain from entering and/or remaining at the location of: _____

for a minimum of 72 hours following release.

☐ Reside with parents or in a foster home, attend school or nonresidential program for youths, contribute to his/her support at home or in a foster home, observe curfew set by court:

☐ Report to and remain under the pretrial supervision of such agency or third-party custodian as ordered by the court.

☐ Other conditions: _____

**CONDITIONS - Continued on reverse side.**

**NOTICE TO PERSON PROVIDING BAIL MONEY OTHER THAN THE DEFENDANT**

1. I understand that the money I have posted is for the bail for the defendant named on this bond in the above numbered case or cases.

2. I understand that even if the defendant follows all court orders, that this money may be ordered by the Judge to pay for the defendant's attorney fees, court costs, fines, fees and/or restitution to the victim, and that *I may lose all or part of my money.*

3. I understand that if the defendant fails to comply with the conditions reflected on this bond, *I may lose all of my money* should the court enter a forfeiture of bail order.

4. I understand in all cases, 10 % of any amount posted as bail is retained by the Clerk of the Circuit court, by law.

Provider's Name (print): Caie Hunter-86

Relationship to Defendant: Brother

Address: c/o 1137 West Taylor Street

City: Chicago  State: Illinois  Zip: [zip exp]

Area Code/Telephone No.: 773-412-3737

Provider's Signature: _____

| | This bail bond form was prepared by: | | |
|---|---|---|---|
| ☐ a.m. ☐ p.m. Hour ___ | _____ (Signature of Peace Officer) | Star No. 1360 | Police Dept. S Holland (CPD District No. or Suburban City, Town, or Village) |
| Date 8/2 2011 Month Day Year | Or Clerk of the Circuit Court of Cook County, by _____ (Signature of Deputy Clerk) | | Loc. _____ (Branch or Suburban Court) |

TWO

D 8602681

DEFENDANT'S BOND & RECEIPT FOR CASH DEPOSITED

FOR APPROPRIATE REFUND, DEPOSIT THIS COPY WITH COURT CLERK ON DATE OF FINAL ORDER OF COURT.

CCG N696 A-2.5M-10/08(83350067)

EXHIBIT E 2 copies

IN THE __ MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the People of the State of Illinois, Township, Village,
Town, or City of _____ a Municipal Corporation, Plaintiff, vs.

| | |
|---|---|
| Name Last Blake | First Airrion | M.I. S | Court Key S-3 |

Address 2918 190th St    City Lansing    State IL    Zip 60438    Star # 141

Oper. License / CDL    State IL    B 4 2 0 0 1 7 7 6 2 0 6    Date of Birth MO 7 DAY 20 YR 76    Sex M    Height 6'2    Weight 200

Day of Week Friday    Month 8    Day 26    Year 2011    Time at 12:33 M    Did then drive and operate a certain motor vehicle to wit, a    Make Chevy    Year 05

☑Auto ☐Truck ☐Bus ☐Com. Mtr. Veh. ☐16 or more Pass. Veh.
☐Taxi ☐Mtrcycle ☐Placarded Haz. Mtr.

Upon a public highway of this State, to wit On W Bound to 162nd St    From At Cottage Grove    Township Road ☑Yes ☐No

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section 3-401    ☐(T.R. Ord) ☐(V.C.) ☐(Other)    State License Plate No. A975598    State IL    Year 11

By (Describe) No Valid Registration (No plates on vehicle)

Under penalty as provided by law for false certification pursuant to the Code of Civil Procedure 735 ILCS 5/1-109 and perjury pursuant to the Criminal Code of Procedure 720 ILCS 5/32-2, the undersigned certifies that the statements set forth in this instrument are true and correct.

Officer's Signature _____ #141

SPEEDING: __ m.p.h. zone __ m.p.h. zone
☐1-20 m.p.h. over limit
☐21-30 m.p.h. over limit
☐Over 30 m.p.h. over limit
☐Too fast for conditions

ACCIDENT: ☐Pedestrian ☐Vehicle ☐Prop Dam
Per Inj. ☐Fatal ☐Ticket Issued
☐Defendant Inj. Only
Name of Witness
Accident Report #

TRAFFIC ☐Light ☐Heavy ☐Medium    WEATHER ☐Cloudy ☐Raining ☐Snowing ☐Fog

Without admitting guilt I promise to comply with the terms of this citation.
Signature _____

Follow instructions checked by officer.
☐ YOU MUST EITHER MAIL this Court Diversion Envelope within 7 days or log onto www.cookcountyclerkofcourt.org to respond/pay online within 14-21 days of receiving this complaint.

Or ☐ APPEAR IN ROOM NUMBER 201
STREET: 16501 S. Kedzie
Markham    Illinois
On 23    of 9    20 11
      DAY        MONTH
At _____ o'clock __M.
☐ YOU MUST APPEAR IN COURT

Other Complaints Issued No. __
Dr. Lic. ☐ / ☐CASH
Other No. ☐
BOND DEPOSITED

---

DEFENDANT'S COPY
*YT469512*    YT-469-512
IN THE __ MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the People of the State of Illinois, Township, Village,
Town, or City of South Holland a Municipal Corporation, Plaintiff, vs.    COMPLAINT NO.

| | |
|---|---|
| Name Last Blake | First Airrion | M.I. S | Court Key S-3 |

Address 2918 190th St    City Lansing    State IL    Zip 60438    Star # 141

Oper. License / CDL    State IL    B 4 2 0 0 1 7 7 6 2 0 6    Date of Birth MO 7 DAY 20 YR 76    Sex M    Height 6'2    Weight 200

Day of Week Friday    Month 8    Day 26    Year 2011    Time at 12:33 P M    Did then drive and operate a certain motor vehicle to wit, a    Make Chevy    Year 05

☑Auto ☐Truck ☐Bus ☐Com. Mtr. Veh. ☐16 or more Pass. Veh.
☐Taxi ☐Mtrcycle ☐Placarded Haz. Mtr.

Upon a public highway of this State, to wit On W Bound to 162nd St    From At Cottage Grove    Township Road ☑Yes ☐No

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section 6-101    ☐(T.R. Ord) ☐(V.C.) ☐(Other)    State License Plate No. A975598    State IL    Year 3/11

By (Describe) No Valid DL (Expired more than 1yr)

Under penalty as provided by law for false certification pursuant to the Code of Civil Procedure 735 ILCS 5/1-109 and perjury pursuant to the Criminal Code of Procedure 720 ILCS 5/32-2, the undersigned certifies that the statements set forth in this instrument are true and correct.

Officer's Signature _____ 141

SPEEDING: __ m.p.h. zone __ m.p.h. zone
☐1-20 m.p.h. over limit
☐21-30 m.p.h. over limit
☐Over 30 m.p.h. over limit
☐Too fast for conditions

ACCIDENT: ☐Pedestrian ☐Vehicle ☐Prop Dam
Per Inj. ☐Fatal ☐Ticket Issued
☐Defendant Inj. Only
Name of Witness
Accident Report #

TRAFFIC ☐Light ☐Heavy ☐Medium    WEATHER ☐Cloudy ☐Raining ☐Snowing ☐Fog

Without admitting guilt I promise to comply with the terms of this citation.
Signature _____

Follow instructions checked by officer.
☐ YOU MUST EITHER MAIL the Court Diversion Envelope within 7 days or log onto www.cookcountyclerkofcourt.org to respond/pay online within 14-21 days of receiving this complaint.

Or ☐ APPEAR IN ROOM NUMBER 201
STREET: 16501 S. Kedzie
Markham    Illinois
On 23    of 9    20 11
      DAY        MONTH
At _____ o'clock __M.
☐ YOU MUST APPEAR IN COURT

Other Complaints Issued No. __
Dr. Lic. ☐ / ☐CASH
Other No. ☐
BOND DEPOSITED

---

DEFENDANT'S COPY
*YT469513*    YT-469-513
IN THE __ MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the People of the State of Illinois, Township, Village,
Town, or City of South Holland a Municipal Corporation, Plaintiff, vs.    COMPLAINT NO.

| | |
|---|---|
| Name Last Blake | First Airrion | M.I. S | Court Key S-3 |

Address 2918 190th St    City Lansing    State IL    Zip 60438    Star # 141

Oper. License / CDL    State IL    B 4 2 0 0 1 7 7 6 2 0 6    Date of Birth MO 7 DAY 20 YR 76    Sex M    Height 6'2    Weight 200

Day of Week Friday    Month 8    Day 26    Year 2011    Time at 12:33 P    Did then drive and operate a certain motor vehicle to wit, a    Make Chevy    Year 05

☑Auto ☐Truck ☐Bus ☐Com. Mtr. Veh. ☐16 or more Pass. Veh.
☐Taxi ☐Mtrcycle ☐Placarded Haz. Mtr.

Upon a public highway of this State, to wit On W Bound to 162nd St    From At Cottage Grove    Township Road ☑Yes ☐No

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section 3-707    ☐(T.R. Ord) ☐(V.C.) ☐(Other)    State License Plate No. A975598    State IL    Year 11

Follow instructions checked by officer.

**DEFENDANT'S COPY**

IN THE __ MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the ☐People of the State of Illinois, ☐Township ☐Village,
☐Town, or ☐City of South Holland, a Municipal Corporation, Plaintiff, vs.

COMPLAINT NO.
*YT469513*
**YT-469-513**

| Name Last | Blake | First | Airrion | | | M.I. S | Court Key S-2 |

City: Lansing    State: IL    Zip: 60438    Star # 141

Address: 3918 190th St

☐Oper. License ☐ODL    State: IL    3 4 2 0 0 1 7 7 6 2 0 6

Date MO 7 DAY 20 YR 76    Sex M    Height 6'2    Weight 200

On Friday    Month 8 Day 26 Year 2011    at 12:33 P M    Did then drive and operate a certain motor vehicle to wit, a: Chevy    Make    Year 05
☑Auto ☐Truck ☐Bus ☐Com. Mtr. Veh. ☐16 or more Pass. Veh.
☐Taxi ☐Mtrcycle ☐Placarded Haz. Mtr.

Upon a public highway of this State, to wit: W Bound on 162nd St    From At Cottage Grove
Township Road ☑Yes ☐No

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section 3-707
☐(TR. Ord) ☐(I.V.C.) ☐(Other)

State License Plate No. A975598    State IL    Year 11

By (Describe): No Proof of Insurance

Under penalty as provided by law for false certification pursuant to the Code of Civil Procedure 735 ILCS 5/1-109 and perjury pursuant to the Criminal Code of Procedure 720 ILCS 5/32-2, the undersigned certifies that the statements set forth in this instrument are true and correct.

Officer's Signature

**S P E E D I N G**
___ m.p.h. in ___ m.p.h. zone
☐20 m.p.h. over limit
☐21-30 m.p.h. over limit
☐Over 30 m.p.h. over limit
☐Too fast for conditions

**A C C I D E N T**
☐Pedestrian ☐Vehicle ☐Prop Dam
☐Per Inj. ☐Fatal ☐Ticket Issued
☐Defendant Inj. Only
Name of Witness ___
Accident Report # ___

**TRAFFIC** ☐Light ☐Heavy ☐Medium    **WEATHER** ☐Cloudy ☐Raining ☐Snowing ☐Fog

Without admitting guilt I promise to comply with the terms of this citation.

Signature ___

Follow instructions checked by officer.
☐ YOU MUST EITHER MAIL the Court Diversion Envelope within 7 days or log onto www.cookcountyclerkofcourt.org to respond/pay online within 14-21 days of receiving this complaint.
Or
☑ APPEAR IN ROOM NUMBER 201
STREET: 16501 S Kedzie
Markham, Illinois
On 23 DAY of 9 MONTH 20 11
At ___ o'clock ___ M.
☑ YOU MUST APPEAR IN COURT

Other Complaints Issued No.
BOND DEPOSITED
☐ Dr. Lic.
☐ CASH
☐ Other No.

# PRISONER/ARRESTEE PROPERTY INVENTORY

POLICE DEPT. NAME:

PRISONER NAME: _Blake, Airrion_     DATE: _08-26-11_

INVENTORIED BY: _____     STAR# _____

## PROPERTY ITEMS

| | |
|---|---|
| ___ Battery | ✓ Hat/Cap _Doorag_ |
| ___ Belt | ✓ I.D.'s |
| ___ Bracelet(s) | 12 Keys |
| ✓ Cell Phone | ___ Lighter/Matches |
| ___ Checkbook | ___ Medication |
| ___ Cigarettes/Cigars | ✓ Neck Chain(s)/Necklace(s) |
| ___ Clothing (Misc.) | ___ Pager(s) |
| ___ Coat/Jacket | ___ Papers (Misc.) |
| ___ Comb/Brush | ___ Purse |
| ___ Condom(s) | ___ Ring(s) |
| ___ Cosmetics (Misc.) | 2 Shoelaces |
| ___ Credit Card(s) | ✓ Wallet |
| ___ Earrings | ___ Watch |
| ___ Glasses/Sunglasses | ___ Writing Instruments |
| ___ Hair Clip(s) | (Pens, Pencils, Markers, etc.) |

**CAUTION**

___ **Knife**

___ **Razor Blades**

___ **Syringes**

___ **Scissors**

### U.S. CURRENCY

| QUANTITY | | AMOUNT |
|---|---|---|
| _____ | x 100.00 | _____ |
| _____ | x 50.00 | _____ |
| _____ | x 20.00 | _____ |
| _____ | x 10.00 | _____ |
| _1_ | x 5.00 | _5_ |
| _____ | x 2.00 | _____ |
| _7_ | x 1.00 | _7_ |
| **(COIN)** | | |
| _____ | x 1.00 | _____ |
| _____ | x .50 | _____ |
| _____ | x .25 | _____ |
| _____ | x .10 | _____ |
| _____ | x .05 | _____ |
| _____ | x .01 | _____ |

Total: $ _12_

**Miscellaneous Property**

_____
_____
_____
_____

---

The above property has been taken from me and is correct.

_____
Prisoner/Arrestee Signature

**\*\*The amount of money state here has been\*\***
removed for the purpose of posting bond

_____
Prisoner/Arrestee Signature

AMOUNT: $ _____

Deputy Initials & Star#: _____

The above property has been returned to me.

_____
Prisoner/Arrestee Signature

**\*\*All property listed above has been turned over\*\***
to the recipient below

_____
Prisoner/Arrestee Signature

_____
Recipient's Signature

Deputy Initials & Star#: _____

Custody and property of prisoner turned over to: _____

Transportation Officer Signature: _____     Star #: _____

EXHIBIT G



# TOWED VEHICLE INFORMATION

Your car was towed to:



**Car's Towing Division**

**16000 Suntone Dr. South Holland**

**708-225-8930**

Vehicles will be released:

Monday - Friday from 8:00 am - 5:00 pm

Saturday from 9:00 am - 12 noon

Directions from the Police Station parking lot:
Turn left onto 162nd St, follow 162nd St west
to Suntone Dr. (Wendys on corner) Turn right
and go north about 1 block. (see map)

Dear Vehicle Owner/Operator,

The vehicle involved in CFS _____ S1-17088 _____ has been towed and/or impounded by authority of the South Holland Police Department. A State registration check shows you to be the last registered owner of this vehicle.

You are directed to reclaim this vehicle as soon as it is practical by presenting proof of ownership and a $15 tow release fee to the South Holland Police department.

**If your vehicle has been impounded, pursuant to Ordinance 2009-4 you will be required to pay a $500.00 impoundment bond in addition to the release fee. You may request a hearing regarding this posted bond within 10 days after notification of impound was mailed to the registered owner. You may also request a preliminary hearing in regards to the initial impoundment. The purpose of this hearing is only to determine of probable cause exists to impound this vehicle. It is not to contest the $500 bond or whether you were in violation.**

After tow release and/or impound fees are paid at the South Holland Police Department, you will be presented with a release form. This release is required to claim your vehicle at the tow company. You are responsible for towing and storage charges as imposed by the tow company and paid directly to them.

Failure to claim this vehicle within 30 days will constitute your waiver of interest in this vehicle and it will be sold at a public sale by authority and compliance with the Illinois Vehicle Code, chapter 95 1/2, sections 4-202 and 4-203. Additionally, failure to claim your vehicle that was impounded pursuant to Ordinance 2009-4 does not release you from a potential claim of liability for being in violation of this ordinance.